PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
MEREDITH BRIGHT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREDITH BRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE STOCKBRIDGE dba ELLIOTT'S BAR,<br><br>    Defendant. | CASE NO. 3:22-04069-TSH<br>Civil Rights<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Meredith Bright ("Plaintiff") voluntarily dismisses without prejudice the above-entitled action pursuant to FRCP 41(a)(1)(i).  Plaintiff is dismissing this action because she was notified that the named Defendant recently died.  Plaintiff requests this dismissal be entered without prejudice.

Date: July 28, 2022                                                         REIN & CLEFTON


                                                                            ___/s/ Aaron M. Clefton___
                                                                            By AARON M. CLEFTON, Esq.
                                                                            Attorney for Plaintiff
                                                                            MEREDITH BRIGHT